**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tomas RIVERA, Defendant–Appellant.**

**No. 08–1459**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 5, 2010.

Before DUBINA, Chief Judge, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Robert C. Hill, appointed counsel for Tomas Rivera in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a

brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's renewed motion to withdraw is **GRANTED** and Rivera's conviction and sentence are **AFFIRMED.**